*Miller v. City of New York*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand nineteen.

PRESENT:  JOHN M. WALKER, JR.,
          JOSÉ A. CABRANES,
          PETER W. HALL,
                    *Circuit Judges.*

_____

18-1607-cv

JEAN BLOISE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRLEY MILLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA FOWLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GELSOMINA ACIERNO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA ALFONSO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET ALINI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHY ALIPERTI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA ALSTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARITZA A. APOLITO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ADA APONTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAGDALINE ARCE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELEESHA AUSTIN-WAITHE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CYNTHIA E. AVILEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARISOL AYALA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRAIDWATIE BAIJU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PRISCILLA BAKER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BETTY BANG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVELYN BARRIERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATE, DOROTHY BARSILICO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANDREA BATISTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, STEPHANIE BATTAGLIA-JENNINGS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AMINA BEGUN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ACELITA BENITEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GRACE ANN BILLOTTO, INDIVIDUALLY AND ON

1

BEHALF OF OTHERS SIMILARLY SITUATED, ALTONIA BILYNCH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELICA N. BLAKE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA BONNER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH BONOMOLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOLORIS BRADLEY, SHONDA BRADSHAW, SIMILARLY SITUATED, TONI BRODA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROBERTA BROWN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DORETTE E. BURTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BEVEAN CABRALIS-BRIDGES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANETTE CALLENDER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ITZI CARRILLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PAMELA CASEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AGNES CASEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MONIQUE CASTRO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELE CATALANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIBEL CEDENO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YASHIRA CENTENO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER CERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUANITA CHAMPAGNE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MEI CHEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TOBIE CHILDS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YOLANDA J. CLOWNEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LATARSHA A. COOKE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NADINE CORDES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA COSTIGLIACCI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROLINE GABEL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARCELLA CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRENDA GASPARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REINA DELGADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, QUETA HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELE FREDERICK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBBIE DANIEL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORETTA S. FOSTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NICOLE HYPPOLITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LILLIAN GATES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BARBARA M. FLEMING, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENISE JACKSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CYNTHIA HAIR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENISE FERRENTINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REGINA COTTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUZBY SOFIA GALLEGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RENEE D. GREEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SALLY HERNANDEZ, TANYA JILLY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROL A. FEHRMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FANKA DROP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SURUJDEI DILCHAND, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA GOMEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIRIAM E. DIAZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE DUNSTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA FERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARINA HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FANNY ESTEVEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOSEPHINE HENRY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

CYNTHIA EDWARDS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AURILDA GERENA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, J. MIRIAM FLORES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIBEL GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RITA GRIMAUDO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHEILA FAULKNER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TASEAN HAYWARD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BASILIA PICHARDO GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DHARMATTEE GAFFOOR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JULIA GOODWINE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHLEEN HORN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RODAID ESCLAVA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA GODDEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, OMEQUA FELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSE ELLISON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY COX, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ETI DAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUTCHMIN HORRIPERSAD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN GERENA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YOMAYRA DELEON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAURA GIAMMARINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NECLA F. KASAL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDY LEE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCES KIKIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LEONORA MARQUES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BEATRICE MANIGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KIM A. JOHNSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TERESA MANCINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHARLONE JONES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELUCIA MAIORINI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REDDI LOGANADEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA LIRANZO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HELEN LEWIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PAULINE V. LOMAX, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARYANN MALLOY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HATTIE KIRK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EILEEN LORENZO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBRA LOMAX, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMELA MANISCALCO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIE LUGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH LOPEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANITA MALENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANTOINETTE Y. LONG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DORIS JONES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RACHEL KING, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANA LABRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE MEREDITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DONNETTE MCFARLANE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA ORTIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MERIYEN MARQUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOLORES A. NAUGHTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GODA MOUSTAFA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSINA MIELLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA MITCHELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY

3

SITUATED, CECILIA MENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WANDA MOLINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LEONORA NUNEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WANDA MORALES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA R. MUNRO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VANESSA MCDONALD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANNIE PABON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIE NELSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIANN MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NEREIDA MIRANDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EILEEN E. MERJAVE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DULEE NARZAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ARLINDA MONTEIRO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA MONSALVE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LATOYA MCPHATTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GAIL MASON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSALINA MERCEDES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIGDALIA PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA PAPAYIANNIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NELLY RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRIS PABON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELLEN RIGOSI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA PARRELLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GRETA QUINN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEAN M. REIRDON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCINE PIRO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANTOINETTE PORCELLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA PORTIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSAE L. RIVIERA, WANDA RANDALL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KEISHA T. RICE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET PANDOLFINI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARITZA RIVERA-DONALD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZOFIA PALADINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KENDALL PITTMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, OLGA I. PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CANDACE RICHMOND, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY PRATTI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HOPAL POWELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNY PARRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELA PALAZZO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TASHAWN SCOTLAND, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CORA PARRISH, DORIS ROYAL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NATIMA TAYLOR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MYRIAM ROJAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JONI STIRLING, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELA SPINELLI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CONSTANCE SENETAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENISIA SIMON, JESSICA SANDERS, DONNA SPADY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JESSIE SMITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HANNA TAVERAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSEANN SPERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, INGRID THOMAS ST. CLAIR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENISE ROSARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY

SITUATED, RENEE STOKLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, INGRID B. ROLDAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNY SEWNANAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELLEN B. SEKULSKI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CALLIOPI STAMOULIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHARON SMITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FELIDA SMITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUCINDA O. SANCHEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN ROMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGIE SANTIAGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIANELA CONDE VAZQUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHRYN TURCHIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA THOMPSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOAN WILSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBORAH VIERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELA WIECHELS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUJERY VALENTIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUSTINE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRLEY WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY WILSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CONTYSHA WRIGHT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CORINNA CASIANO TORRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IVONNE TORRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE WHITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAYRA VEGA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GERALDINE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY R. WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KELLY UNDERWOOD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN L. TORRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELSA B. VARGAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CYNTHINE ALLEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARINA AKLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NAHOMY ABELLARD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATARYNA BARGLOWSKA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA ALVAREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA ATANCURI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AYESHA AKTHER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROL BAEDER MENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHERISSE AYTCH EPPS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHARON BALLESTERO, JOSEPHINE BARGOS, NURJAHAN AHMED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ARTHURINE ABRAHAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEAN ASPIOTIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EYDA ALVARADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATY BADIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BERNARDINE BALESTRIERE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA BACHILLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NARIMA AKTAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRENDA ADGER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA ALERS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CORINNA CASIANA TORRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHIFFON CAMPBELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRLEY BROWN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

GALE BLACKWELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ASUNCION BURGOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MELODY BROWNE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOANN BURZO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SOFIA CANTALINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAYA BAUER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET BROWN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JULIA BRAVO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GANELL BRYANT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CLAUDIA BETANCOURT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRIS BORGES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY ANN BERTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SONIA BATISTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA CADET-LOMBARD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DONNA BRISBANE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AGNES CAREY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BERNADETTE CAFFIERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUZANNE BERTHE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE CAMERON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA BROWNE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VALERIE BELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA CULOTTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA COLINDRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GWENDOLYN CHESTNUT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARILYN COLTHIRST, MARIA COLON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TONIA CONTINO, MAGDALENA CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANE CASTRONUOVO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINE CIVITANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TERESA CIOFFI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NAIROVY COLON LOPEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELE CHESNICKA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROBIN CHISOLM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSE CHARLES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GALYA CASTILLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALEXANDRA CORREA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KIMBERLY CIRILLO, MARTA CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANA CORTEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHERIE CHANDLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELISA CROOM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AIDA COLON LOPEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CASILDA CHALVISAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BEALINA CHINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENISE FERRANTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANN MARIE EVANGELISTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH ESCALANTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SERAFINA DILORENZO, VIOLA DAVIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRMA DOWNES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOSEPHINE DIMARTINO-LOFFREDO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA DRAGU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZENA EVANS-WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REYNA ESPINAL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GRET CUNNINGHAM, INDIVIDUALLY AND ON

BEHALF OF OTHERS SIMILARLY SITUATED, CLAUDETTE FELIX, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AUDRETH DELGADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VALERIE DEAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHAMIM DORA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA DAVILA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA FALLACARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA DE LOS ANGELOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHLEEN DAUNT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANDREA CULOTTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NICKEISHA EDWARDS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BELKIS DELACRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ADRIANA ESTEVEX-FORTUNA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELDA FELDER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVETTE EDWARDS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIPRA DAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRENA ERICHSEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN DONOVAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER D'AMICO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NAVIA DE AZA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALICIA GRIZZLE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA GORDON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CYNTHIA GOPAUL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AMELIA GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORETTA FORDE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THELMA GLOVER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DALILA GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ARACELIS GOMEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANASTASIA GOULAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARJORIE GOPAUL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORI FICARRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA GREEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIGNA GALARZA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JULIA FOSTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISSETTE GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, STEPHANIE FONTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LOUELLA GRAHAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JESSIKA FOSTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NILSA FLORES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOREEN FERRONE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SILVIA GOMEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA FRANKLIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORRAINE GORDON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ERICA GRANT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SYLVIA GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNY FLORES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BEVERLY GOODRIDGE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANET GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HOMAYRE FLORES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY ANN FORTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELVEEN JOURDAIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DONNA JASLOW, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANNA JACKSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBRA HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF

OTHERS SIMILARLY SITUATED, APRILLYN HARDY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELAINE HUFF, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TINESE HIXON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRENDA INGE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARCIA KHAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAZZARE JEFFERSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CREOLA JAMES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVANGELIA KARAMANOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALEJANDRA GUAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KIM JORDAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRIS LANTIGUA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET LIVINGSTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NNENNA HARVEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REKHA KORMAKAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ISRAT KHAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARTINA LANEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIE LOMBARDO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NASRIN HOSSAIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANDREA HANEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARLA JIMBO, GINA HARROO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NATASHA LIVINGSTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARLINE HAMITON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAURIE GROSSETO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KISHAH INGRAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY HAUGER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY JAMES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORI LAMIRATA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TANYA JOLLY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELSIE KLIMOWICH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANGULA IOANNIDIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIA LOSITO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOYCE HALL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHLEEN LUDWIG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENISE LAWSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TEODORA ISIDERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TIFFANY LOARTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUCIA LEVY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER LAPLACA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GEORGETTE LEE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MELANIE LAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE HOMSI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELA GUTIERREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRENDA HARRIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RUHITUN KHATUN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SORELLYS MEDINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GINA MCAUSLOND, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCESCA MAZZA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBORAH MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH MALDONADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVANGELIA MASOURIDIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAYRA MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIANNE MATTEO,

INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PHYLLIS MILES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA MCDONALD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CLARICE MAZZELLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELLEN MENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA LUGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIBEL MEDINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARTHA MORALES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIBEL MOYENO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DULCE MARSAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA MARGIOTTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANN MARIE MISITI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AIDA MERCADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUZ MORALES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VIRGINIA NARCISO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORRAINE MASIELLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILDRED MAISONET, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARJORIE MCGINN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOANN MANTAGAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIAN MURPHY, DIANE MAHARAJ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KHAN REHANA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA MAURO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAURA MARRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KAREN MCALLISTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANETTE MORALES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA MEDINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE MIRANDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CORA MAYBANK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELAINE NG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CINDY MAFFEO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GRACE O'MALLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MELINDA MORTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZSA-ZSA MAYS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBORAH MUSELLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER MOULTON-YOUNG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHEILA MORGAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, APRIL MORALES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RITA MASCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RANDI MADISON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RITA MANGIERI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NESIA MILLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSEMARIE ROBERTS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GAIL RICHARDSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BELKIS REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRONELLA PRESCOD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PESHIAH PATTERSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PETERGAY RAY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PARVIN RAHIM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSEMARIE REDA, LISETTE RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARILYN RICHARDSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILDRED REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE ROCHE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA ORTIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GINA RIVERS,

INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JESSICA ROMERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CRYSTAL RUIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH POPICK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA PLACIDO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILADYS RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CLARA RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY ROLDAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GUANGELIA SAKKAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FILOMENA RASOLE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER PANKOWSKI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LILIANA RIVERA, DIANA PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PETRA RUIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EMMA PAGLIARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORRAINE ORIENTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IVY REID, ANNABELLE PONCE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YADISA REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DULCE ROJAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEIDRA RIVERS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANET RENSCHLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NICOLETTA SAKKAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BIBI SAMAD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DORIS ROSARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELA REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, POPY SAHA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBRA RUBINSKY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARLOTA ROOKE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA ROWELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISCE ROGER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHANDRA RAMDIAL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUZ ORTIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRENDA PENNIX, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LYDIA RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GEURLAINE SMALL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SOLMARITZA SANTIAGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRLEY SHERRILL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CONSTANCE SERVETAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANDREA SMALLS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINA SCLAFANI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE SHEARD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA SANTANA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENISE SPENCER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROE ANN SCHUSSEL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVELYN SANFORD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANE SPOTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KRISTAL SINGH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LEILA SANDERS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YOLANDE SKERRITT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CYNTHIA SFERRUZZA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIANA SAURETTI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMELA SQUARCIAFICO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MELINDA SOTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISSETTE SERRANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

LUISA SIERRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BARBARA SZALEWICZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNIE SOUTHERLAND, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROBIN SROKA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THAVAMANI RAVEENTHIRARAJAH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE SPRUILL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIGDALIA SEDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JACQUELINE SUTHERLAND, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANNETTE PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AVICE SIMON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIE SCRIBANI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA SOTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET TARTARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARYURI SANCHEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANA TABALES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOANNA WARED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MELANIA TOLENTINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELENA VILLAO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZAIDA VARGAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE WASHINGTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVETTE TRAVIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHENAY VENABLE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ARETHA THOMPSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CASSANDRA WHITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SONIA TORRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TONYA THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHERYL WHYTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAISY WALLS, KATHY THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROL WALSTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KAREN VEAL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVELYN TORRES, VERONICA WILSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TONIA WASHINGTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUZ VARGAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIANNE VOLBERG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YUE ZHU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROL WATSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AUDREY WRIGHT-SIMON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHERYL THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GERALDINE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOHANNY VANEGAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA YARLINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PHYLLIS SCOTT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA WALLACE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA TRIMARCO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBORAH WASHINGTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, COROLIA THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANTOINETTE ZUARDO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KAREN ADDISON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENISE AGRAMONTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER ADDERLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET AGOSTI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TAMMY ADAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAURA ACURIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

RANJITA RANI ADHIKARY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TEODORA ACCOMANDO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIBEL ABREU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA ACOSTA-PERALTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAMILLE ARGUETA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA ALLEN-HOLT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JULIA ANTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ERICA AMORES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRAJNA ARIAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SYLVIA ALVARADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DORIS AYALA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSITA ANDREW, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENISE ALEXANDER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA ARRIAGA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA ALVARADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINE ALAMO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET AZZINARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRIS ARROYO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAHAMUDA AKTHER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MEGAN ARFMANN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUSAN AYERS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LYNN ANDRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, INA ALLICK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YELITZA ASTACIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AFRODITI ARONIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANE AMOIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET ANZELINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NURJAHAN ATTMED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAYRA ARREDONDO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GERMANA ASTOLFI-BENENATI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PIPER AICE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TAMIKA ARTIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE AMICO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROL ANNE BAACLER-MENDE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHAISTA AHMED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORETTA LEE APPLETON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATINA AMARANTOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAUREN ARNONE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MADELINE AYALA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALIZA AKHTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ERMA AVENT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KENYA BELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AVALIS BAUTISTA-CASTRO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA BARTHA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRAEL BELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHARLENE BARKSDALE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANNE BASTONE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MADELEINE BANKE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KARLA BERRIOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARLA BARAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARKITA BANCROFT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VIRGINIA BERRY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER BECKER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA BALESTRINO, INDIVIDUALLY AND ON BEHALF OF

OTHERS SIMILARLY SITUATED, RIMA BEGRUM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIPRA BAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CECILIA BAQUE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TIBEY BILES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, OHMER BENEDITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DONNA BARRON-KUTZBACH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GULISTAN BAYIMLI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSEMARY BERNAL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LILLY BINGHAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROL ANNE BAACLER-MENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNA BETLEWSKA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROLYN BARNES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BARBARA BACARELLA, CAROLYN BEARD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NAOMI BARNES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA BELLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRIS BAILEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOANNE BRATHWAITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROBERTA BOLTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AGNES BRACKETT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUSAN BOUSANTI-CORDARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EILEEN BRENNAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOSEPHINE BORIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA BURKE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER BRAADT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MATILDA BOBE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CASSANDRA BROWN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY BONILLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ENEIDA BOBE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOMINGA CABA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRLEY ANN BROWN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KENICHA BRATHWAITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALTONIA BLYNCH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHARON BRATHWAITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIRIAM BUTLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KARIMAH BOYCE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANTOINETTE BONDS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET BROWN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHAIASIA BRIGHT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NATASHA BOSTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHANTEL BRADLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHAYVON BRYANT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROLYN-ODELL BROWN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NADIA BROWN-JOHNSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIRIAM BLECHER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KAREN BROWN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINA-MARIE CABALLERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARINA BORUA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MONIQUE BRYAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BEATRIZ CABALLERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REGINA BRAGG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOROTHY BORRUSO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRENDA BRICE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SARAH BRYANT, INDIVIDUALLY AND ON BEHALF OF OTHERS

13

SIMILARLY SITUATED, MARY BLOTYKE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROLYN-MARIE BRYANT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA M. CARCAMO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ABIGAIL CAMACHO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KIM CANNON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DELIA CANDELARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FATIMA CARDENAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KAREN CAMMISA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIE-ANNE CANNATA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JESSICA CALLAHAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAUREEN CARRINGTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY CAMERON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YOLANDA CALDWELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TAMMY CARROLL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GERTRUDE CAPEK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LOLA CALDERON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANA CARABALLO, ZORAIDA CANINI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ESTHER CAMACHO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VICKIE LYNN CARTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EDNA CARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CYNTHIA CANDELARIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AMY CANTELMI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN CARRASCO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHERIAN CAESAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JASMINE M. CARTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCINE CAMPBELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARITZA CABAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET L. CANTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZATOYA CAMPBELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARITA CARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VIRGINIA CALDERON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NARCISA CASTILLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHARLENE CASTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMELA CASTILLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUANITA CASTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCES L. CASTAGNA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VERA REDLING CASSIDY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CLARIBEL CASTILLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CORINNA CASIANA-TORRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA A. CARTIER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUSTINA CASILLAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HONG GUANG CHE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE CHIARELLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FIONA CHARLES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRENE CHIARELLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGUERITE M. CHAMBERLAIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVA M. CEPEDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANET CHEBUSKE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA CATO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORRAINE CASTROFILIPPO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LYDIA D. CAYASSO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNA M. CICIONE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

JULIE E. FREITAS-CLARK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KANASIA CHRISTIAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVELYN CIRMO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHAHANA CHOWDHURY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILENA B. VILLOUIS-CHONILLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUSAN JOAN CINOTTI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HELEN H. CHIU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SOO FONG CHIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHAKIMA CHOICE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DELL IRENE COE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RENEE LA JUNE COLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOLORES CODY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DONNA A. COLELLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LATOYA COAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SONIA CLINTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NILDA M. COHEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NELLY G. CLARK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH COLLAZO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PHYLLIS V. CLAYBURNE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA CONCEPCION, SANDRA CONTES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EMMY NATIVIDAD COMPRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PAULISA CONNER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HELEN COLON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LANA COLON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PAULETTE CONNELLY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, STACEY ANN COLLINS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY COLLAZO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ASHLEY M. COLON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DELIA CORRIERE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CYNTHIA CREHAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA COWLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AIXA COSME, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHARON DENISE CRAWFORD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LILLIAN CORREA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLISSER CORTES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JESSICA CORREA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, COEITA CROMWELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MONSERRATE CORREA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JACQUELINE MARY COYNE-FREEHILL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINA R. CORTES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JACQUELINE COTTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAUREEN CROCCO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNA COPPOLA-MORABITO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHEILA COTTLE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TARA CONTINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET CROKER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MELISSA COSTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FIDELINA CORDERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NAIMA CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CURRY-WALLS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KAROLYN L. CRUZ-BERROA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIA DAISLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA C. CRUZ, INDIVIDUALLY AND ON BEHALF

15

OF OTHERS SIMILARLY SITUATED, HIGDALIA CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ISIS CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ESTELLE DAVIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AWILDA CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CONNIE CUTTRUFF, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FIORDALIZA CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LECIA CUMMINGS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY DAUGHERTY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KEISHA L. CROSS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, STEPHANIE CUMMINGS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YHANA CROOM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PAULA DAVIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, OUMATTIE CRUZ-MEJIAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TRINA CROWELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRIS N. DEDOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DARLENE DELGAUDIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CRYSTAL D. DELESBORE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEDA DEJESUS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAMARIS DELGADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JACQUELINE DEDONA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANNE DEJESUS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELA DRIGUN DECARLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LYDIA DEPELLEGRIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ETHEL DEAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JULISSA DELGADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RAJ L. DEFREITAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSE J. DELCROIX, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VIVIANA DE LA CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA A. DELAURA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANETTE MARIE DAY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA DEMATTIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA DEL GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YSABEL DE LA CRUZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIA MARIA DIFALCO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LILIANA D'ONOFRIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FANNY DOMENECH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FOTINI DIMITRATOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARITZA RIVERA-DONALD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA DIAZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHLEEN PATRICIA DILIETO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILAGROS DIAZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BARBARA A. DRYSDALE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANE T. DEVITO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IEASHA DUNLAP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARITZA RIVERA-DONALD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GERTRUDE DIGURNEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHERYL DIXON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAXINE DOZIER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUANITA DEVEAUX, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH DIPALMA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUANA DETRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DARLENE DRAYTON, INDIVIDUALLY AND ON

BEHALF OF OTHERS SIMILARLY SITUATED, IOANNA DIMITROULAROS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHAMITHREE DEVITA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VANESSSA EDWARDS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCESCA ERRANTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA PATRICIA ENGLISH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SABRINA C. ELDER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVETTE C. ERAZO, JUSTINA ECASILLAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, STEPHANIE F. EIDTSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINE T. DURAND, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TIFFANY EURY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NIURKA A. DURAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NAIMA ENNACHCHAOUI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVETTE ANNE EDWARDS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARLA ENCALADA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VIRGINE L. ESQUILIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOREEN DUPREE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA I. ELSAYED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBBIE DUPREE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN ESTRADA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, STACY ELEAZER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YSABEL A. DURAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JESSICA ANN FELICIANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE A. FERRISE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA P. FERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VICTORIA FENNER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ADALGIZA G. FERREIRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRLENE FAULKNER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JACQUELINE FELTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY A. FASANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVONNE FIGUEROA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOANN FARGIANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELSA MA FERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA ELIZABETH FELTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANICE ANN DANIELLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JESSICA FERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUISA E. FIALLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINE FABISENSKI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GISSETTE A. FERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ATHENA M. EVANS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AMY FIGUEROA, ANA FERMIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH FALABELLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA FLORIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOROTHY FRANKS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MEI YU FRANCESE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALICIA FONTEBOA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PAMELA FRANCO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNY F. FLORES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WILMARYS FONTANEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARETE FLOCK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOMINGA GAB, BARBARA M. FLEMING, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VIOLETHA FRANCIS, INDIVIDUALLY AND ON BEHALF OF

17

OTHERS SIMILARLY SITUATED, LILLIAN FONTANA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORETTA SALLEY FOSTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DANIELE FRANQUI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EILEEN FITZPATRICK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JULIA FOSTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PHYLLIS M. FISCHETTI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOANNA FUENTES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELA FORD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TINA M. FLEMING, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBRA ANN GALLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA GARITTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YOLANDA GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VIRGEN GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIBEL GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EMELY S. GALLETTI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOSEPHINE GAMBINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANA DEL CARMEN GALLARDO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NEYTTA GARRIDO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUDITH GALATI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CRISTINA GENAO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY J. GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IVETTE GALVAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SYLVIA GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOCELYNE GARNIER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CLAUDIA C. GAFFOOR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MERCEDES GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOMINGA GABA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCINE GARRAMONE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HILDA GARCIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROLINE GAHTAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JO-ELLEN E. GILL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA C. GOLDSBURY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KERRI ANN GLEASON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CONCETTA M. GIORDANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRMA GODOY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA J. GIL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAURA J. GINEL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VARVARA GIANNOPOULOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NORMA GOMEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANETTE GERMANY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVONNE GLOVER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GISELLE GILL-HAVENS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GANGONE GIOVANNA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVONNE GOLIGHTLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAWN GEORGE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCES M. GIORGIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELA T. GENTILE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAZARUS GOMEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSE GIORDANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA GEORGES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA D. GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JESSICA GRAY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANTOINETTE GRAHAM-BARRY, INDIVIDUALLY

18

AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY Y. GORDON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE GRAY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVONNE GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VERONICA A. GORDON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EDNA GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MELANIE GREEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MD LILLIAN GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DESIREE GRANT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ORA GOODWIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANA GRAHAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BERNETTA GREEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JACKELINE GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GAETANA E. GRAFFEO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JARAMIN MARJORIE GREEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARJORIE V. GOYOAUL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUDY GONZALEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BENITA GUZMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHARMAINE HENRIQUES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE MARY HAYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VALERIE HARRIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELENA HENNEMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZHI HUA GUO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAVERNE HARRIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MADELINE GUGLIELMO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZORAIDA GRULLON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARCIA G. HENDERSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REENIE HANKERSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANE HAYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TAMMY HENRY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSE GREGORY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANEITA HASMATALLY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KIMBERLY GREENAWAY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAWN A. HEREDIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINE L. HARRIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUCILLE REGINA GRELLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIANNA IABONI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ESTHER ROSE HINES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VALERIE HOUCK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BETTY HOOD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIRYAN G. INDARTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIRIAM HODGES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AKENDRA HOSEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOAN HILLS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANICE INGARDI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LOLO HO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALICIA NICOLE HIGHLAND, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DINA M. INNAMORATO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA ANN HURLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GERN LEE HEYER, ANN HURLEY INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GERN LEE HEYER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ILKNUR HUYUK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY F. HORTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

19

ELIZABETH L. HINES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSEMARY IRIZARRY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CLARA MARIA INDOLINI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ASHLEY HOLT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHERRINE HOWARD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRENE INFANTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SONIA HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIRYAN INZARTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KEISHA HOLNESS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CINTYA M. HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE HUNTLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELLA HOLLOMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA INDELICATO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VILMA HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, STACEY A. JAMES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRLEY ANN JAY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHERRIS JACKSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA JENNINGS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOLORES IVORY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA L. JAUREGUI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CORRETTE JAMES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA JEFFERSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JARON JAMES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDY IRRERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, UMELVA JAMES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHANTA ISLAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIEL JAFFERAKOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATIA D. JEANTY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FERDOUS JANNATUL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NORMA PATRICIA JAMES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA JABER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAPHNE M. JANKEE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JAHANARA ISLAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TYISHA JENKINS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHILA KILLIEBREW, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LAURA KLUB, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA KHAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NIRMALA KUMARI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANIJA KURTOVIC, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PAULA ANNE KLEVA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VASILIKI KOKKINAKIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAPHNE KING, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SYLVIA KENNEDY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WANDA YORIA KINARD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELAINE KEYS, ELAINE, ALICE KYDD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAYA KHATUN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA E. KOCH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DESAREE KINLOCH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BELINDA J. KILLEBREW, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELAINE KEYS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHY ANN KING, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHERINE KESSER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HOON HOON LIM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH LASALLE, INDIVIDUALLY AND ON

20

BEHALF OF OTHERS SIMILARLY SITUATED, BRENDA LEARY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NATASHA LAROSE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EDDA LLANOT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARYALYEE LEVENDOSKY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIOLA LANTISUA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FLORENCE LEVESQUE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA G. LAZARINI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIGDA I. LARREGUI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GIDGET LOGAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHLEEN M. LINDELOF, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SO KUEN LEUNG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELLA JEANETTA LATTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KHATESA AKTAR LABONY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALMA N. LASARACINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCES M. LAMOUR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SOPHIA LI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ONICA LAROSE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUSAN LEONARD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY L. LAUGER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ADELINA LIVINGSTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH LASALLE, LOURDES SAWTELLE LAPOLLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YESENIA LAUDADIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA LINGHAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VERTELL LONG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANDREA LALL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVETTE LOFTIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KUAN I. LEUNG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ISABEL LINARES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY A. MANCINI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BIENVENIDA R. LOZANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANASTASIA MACISAAC, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARISOL LOPEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MERIYEN N. MARCUEZ-GUERRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANE MALDARELLI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUZDARY LOPEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BELKIS A. MALENA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CONSTANCE MACHESE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BETTY LOUVIERE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIGDALIA MARIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZENO VIA MADSEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PAULINE E. MANNING, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MELANIA LUGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ADRIENNE M. LONZELLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARISOL LUCIANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA F. LOPEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GUNI MAMISDOSKI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE LOQUERCIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BARBARA MACKEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORRAINE MABRY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORRAINE MARBY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MEDRANO LOYDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBRA LOPEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELLA LUNDGREN,

INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEEUTH MANWATTIE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN LOPEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA MARESCA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROL M. MAHONEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELE MANISCALCO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILDRED MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AGUEDA MARTINEZ-VASQUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET P. MARSH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOANNE G. MARZO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUSAN MARRETTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIANN MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELISSETTE MARTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BARBARA MARTOREL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA. I. MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NAMITA R. MARJIT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANTA NELLY MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHARON MARQUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNE SCOTTO MARSINI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET MARTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZAIDA VALDEZ MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA E. MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JACKIE MARRUGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIA MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GOPAUL MARJORIE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AARTI MARWAH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY ANN R. MCNIFF, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VERBENA MCCOLLUM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARCIA MCFARLANE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AIYSHA MAYFIELD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA MEDINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALICIA S. MCLEAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELEFTERIA MATHIOUDIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BERTHA MCLEAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SARAH MCFADDEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA MAZZURCO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MABEL MELENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MIGUELINA MEDINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA MCGLASHAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TREACE MCCOY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA A. MASCIOLI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WENDY MASSA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORETTA MCNAIR-GIBSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, OLGA I. MAYSONET, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAVIS C. MCGLASHAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARILYN MCDANIEL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BETTY MEDINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GARTANAL MCCANTS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FAY MATHURIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZINA MCCROREY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ILIANET MEDINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REGINA MASON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

ANNE MCGOVERN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA E. MEDINA, E. MEDINA INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA MEYERS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY ANN J. MINORE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN MENDOZA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IVY MITOLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELLEN MARGARET MENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOSEPHINE MILONE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARITZA MERCADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUDITH MIRANDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHERYL ANN C. MILLAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH MELENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JACQUEALYUAN MILES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CLAUDIA MEMBRENO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MYRNA L. MENENDEZ-TORRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA MIRANDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GRETA YVETTE MILLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TEODORA G. MERLIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HONORIA MENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY V. MILLE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANITA MELENDEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRENE ELIZABETH MITCHELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER MOORE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CLAUDETTE MORGAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAUREEN P. MONSEGUR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSEANN MULIERI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARTHA C. MOLINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH MORELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINNETTE MONTALVO-BENITEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NADINE MORINIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BELINDA ARACELY MORALES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HALEY FRANCES MODESTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BETTY MORALES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIE V. MOHAMMED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MINERVA MONTALVO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIS MORILLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, XIOMARA MOREIRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA MONTERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHERIE MONROE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GENA LOUISE MORDENTE, MAHA MOHAMED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIAM MOUSSA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA FAY NIXON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BETTYANN NAPPO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YUK HING NG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IDANNIS S. MUSSE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PRISCILLA OCASIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ADAMANTIA NIKOLOUDAKIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY ELLEN MURRAY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HOSNEARA NIPA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARYANN NEVANDRO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MUHAMMAD NADIRAH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BUENAVENTURA OLIVEROS,

INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARUA A. NOREIGA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELSA NIEVES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARITA NEGRON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LEANNE MULLEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KRYSTYNA NAPRAWA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHEILA MURRAY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DESPINA NITTIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, POKKISAM NADAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRENDA NIEVES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUSAN JANE NEUFELD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA NUNEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNA M. NAPOLITANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ACCIE MAE MURRAY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NELSON E. NELSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAYANA NUNEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LULA MULLENS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA OLIVERAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELA D. NIEVES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOANN NOETH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN OTERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH PACHECO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HERMINIA E. ORTIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH PANNHORS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVELYN ORTIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSE PACHECO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BEVERLY OSBORNE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHLEEN MARY PAGANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRIDGET L. OVERTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TATIANA M. OLSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIE OUTERIE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCIA ORELLANA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA MARGARITA ORTIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RUBY K. PACK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SOR MILAGROS PABON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VERONICA ALEXANDRA OTAVAB, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MINCHALA GLORIA M. ORTIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ESTHER OYOLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ORQUIDEA ORAGONES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCINE PAGANO, FRANCINE PAGANO INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELICA PAULINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JADA PENNY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNA M. PASSARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REYNA PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROLINDA E. PARMIGIANI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA M. PENA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROZIRA PATANKAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENELLE PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLADYS M. PAREDES-WILSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AREYLS PAULINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET R. PARKES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KIMBERLY PASTURES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIA L. PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOREEN L.

24

PEARSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CONNIE PATTI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUSAN A. PAYE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAWN P. PARISI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NIDIA PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCINE I. POWELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIE PERSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HANA PICKERING, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARTA M. PEREZ TINEO ROSARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YVETTE PRESCOTT-GROCE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANET G. PORTUALLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUSTINA BEATRIZ PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAGGIE POSTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LULA PHILLIPS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOMENICA PERRINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER PRICE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KELLY LEE PRALLE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CELESTINE ARIS PITT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAKELA PETERS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA J. PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHAKENA PETE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILDRED PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LONETTE POUNDER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY ELLEN PERRELLA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DONNA PINTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANDRA HEROINA GOMEZ PRESCOT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUTCHMIN HARRI PERSAD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANA PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE L. PETREE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, STACEY PRATT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA I. PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUSAN PREZIOSO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LOUISE PIZZANELLI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WENDY C. POWELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELSA RAMOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ESTEVEZ RAFAELA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIE RAMEAU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALICE E. PUNZONE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINE CLAUDIA REDHEAD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANETTE RAMOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HELEN PROFIT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WANDA RAMOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SARAH RAJMAH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA L. ATANARI QUITO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA REED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINA RAMOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILAGROS RAMIREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SAHERA RAHMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNA M. PRIGNOLI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA RAFFA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHANA PRINCE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAISY RAMOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA QUARTULLI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EDNA RAMIREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TAMIKA RAID,

25

INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TIA E. RANDLE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NORDIA RABY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGELINA PUMA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, REJIA RAHMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DANIELLE RAMOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALICE PRIMONT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANETTE REDMON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHARLENE RAMOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH RAMOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RAFAELA REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA RICHARDSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANETTE RIOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AIBA R. REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHAUNEEQUA RICHARDSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LULMA I. REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, OLGA L. RICO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FRANCINE RICCIARDI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA A. RENDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DENIA REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NARCISA REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELVIRA A. REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CANDACE D. RICHMOND, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KAREN RICHARDSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARITZA REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANE RICE-MAHARAJ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY A. RE-SEAMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRENDA RIGGINS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DONNA ROMANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH ROBBINS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALICIA RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LETICIA RIVERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSE MARIA ROSADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVELYN ROMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TANEEK RIVERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MELISSA J. ROMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIA RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN RIVERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARTA PEREZ TINEO TINEO ROSARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINA ROMERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA M. RODRIGUEZ-PERALTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN SONIA RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DONNA RITTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELSA RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NORMA RIVERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FLAVIA A. ROMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILAGROS CARMEN RIVERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY D. RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LEAH RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LESLIE LILIA ROSADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GINA RIVERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA RIVERA,

INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BENILDA RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIA H. ROSADO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARILYN RIVERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA ROSARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GRACE J. ROLLOCK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINA ROMERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA RUIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DINELIA ROCIO SALDANA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA V. ROWELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIBEL SANCHEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AIELLO ROSINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARTHA IRENE SAGRERO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AYESHA ROY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUZ SALINAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBORAH A. RUIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EDNA INES ROSARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PETRA RUIZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JILL ROSENBERG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RONNIE ROWELL-PORTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GUADALUPE SALDIVAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINE A. RYALL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DORIS ROYAL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VERA L. ROSSER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNA B. RUSSELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN M. ROSARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ZAIDA SALINAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WONDA SCIPIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNE SANTIAGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PRARTHANA SARMA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA SANTANA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINE SEMIDEI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALICE MADELINE SCHMIDT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA SANNINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CLARE SCHOOLCRAFT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUMONA SARKAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY SANTIAGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LUCY SERRANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THELMA THURMAN SCUDEREL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GIACOMA SCARPA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ORIANA SANTOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINA SANCHEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN MARIA SANTOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHERIE SANDERS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LORETTA MARY SCIACCA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA SANTANA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BETH A. SAUNDERS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEANNE SANZONE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGUERITE SEIDENFADEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MADELINE SANTIAGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AISSATA SANOGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SAMANTHA QUANICE SANTOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA SEGAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JEAN SANCHEZ,

INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LINDA SEPE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AMY SCEICZINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHLEEN S. SCOTT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARMEN MELAGRO SINGFIELD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AGNES G. SMALLWOOD, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVA SIMEON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SANDRA R. SMITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRIGETTE SHELLOW, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PEGGY SMALLS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAROL L. SIMMS-SAMUEL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TRENNIS SMITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KRISTAL V. SINGH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE SERRANO-ROCHE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VEDANA SINGH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KRYSTLE SHELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LYNELLE J. SIMMONS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CARLEEN SMITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RENEE SINGLETON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ATTISE SIMPSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YOLANDA SIERRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CHRISTINE SINGLETON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SONIA SHARMA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNIE SMITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALEXIS SPEARMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELLE STALLINGS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MINERVA SOTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DONNA M. SVEVA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CRUCITA SOTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VERNON ST. HILLAIRE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAGARITA SOTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOCYNTHIA STOKES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, OCTAVIA C. SPIKES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA SMITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NUNZIATINA SPERANZA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LISA DESSIREE SMITH-AYARS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANA SOTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA J. STEMBRIDGE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DELORES SPRUILL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ARAMINTA SPARACIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LYDIA SOTO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GRACE SPINKS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER SMITH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELENI STRATIGAKOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RAFAELA TLATELPA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRENE THIES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANTOINETTE THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FANNY TEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA TORRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARY L. THOMPSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FLORENCE E. TAYLOR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUANITA THOMPSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DARLENE D. THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JENNIFER TERSTENYAK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY

SITUATED, MARIA TREZZA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANGEL TOLIVER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHARON DENISE THOMPSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSALIE THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIE TAMAYO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DEBORAH A. THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ARNITA TATE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TERESA TICALI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRLEY BEAMON TERRY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAUREEN THOMPSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LILLIC THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALISON N. TORCHIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EVANGELIA THEODOSIOU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANA L. TEKVERK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BERNADETTE F. THOMAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PATRICIA TOMASELLI, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HATICE TASTABAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SARAH E. TORRES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MADELINE TODARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SAHIRIS VASQUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANITHA URANUS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA LYNN VAN GELDER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHY DIANE TURNER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TERESA VELEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BEATRIZ VARGAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SOFNNIA TSAMOS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA L. VARGAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PETONILA VALSATO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VASIDE UNAL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANN A. VERBITSKY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GIOVANNA VASTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JACQUELINE VARELA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSEMARIE VACCARO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AWILDA TROCHE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELIZABETH UTLEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BARBARA ANN TRYDE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANNETTE VASATURO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BARBARA H. TYLER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ETHEL M. VANN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AIDA L. VALENTIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARIA VELEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSA R. URAGA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GAIL TURNER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARLENE VALAZQUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLORIA VEGA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BRISCE MICHELLE TROTMAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANET P. VERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MAXIMA VARGAS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JESSICA S. VASQUEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CAMILLE WATSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LARITA WALKER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANDREA WALTHER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANA VIVAS, INDIVIDUALLY

AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANICE WESTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ROSALIE ANNE WASHACK, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NANCY E. VILLANUEVA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARTIS WASHINGTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NAYISHA L. WALTERS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELE VOTTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TAMAICA WHITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HEIDI WEATHERLY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RASHONDA WARTHEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SIBA WALKER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DIANE VERGONA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ANITA S. WALKER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MADDLANA VIGGIANO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WILHELMINA WASHINGTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LOUISE M. VOCCIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, EARW WARLOW, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CATHERINE MARY WALSH, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JANICE WESTON, DEBORAH S. WALKER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MICHELINA VISTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GALE WALLACE-PEARSALL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SALAMA O. WEENES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TANYA WHITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VICTORIA VICENTE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOROTHY WHEELER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DULCE WARZAN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MILDRED WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ALBERTA WILKERSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KANIYAH RONELASIA WHITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, MARGARET ANN WHITESTONE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JUSTINE ANNETTE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ASIA M. DOLLARD WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CASSANDRA WHITE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, WILMA L. WOOTEN-GRAHAM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, BEATRICE WILLIAMS-MANIGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SUSANNA L. WOHLFAHRT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NADINE A. WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DAISY YU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELREDA WOODS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, NINA WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATHY WOODSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, VICTORIA M. WITHERSPOON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SHIRLEY WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, XIU YUN ZHENG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, IRMA XHIDRA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KIM WONG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, QUEEN WINCHESTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, KATURAH S. WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PAMELLA WILSON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, RUBY WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, JOSEPHINE WOONEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, SARAH WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GLADYS WOLFSON,

INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, THERESA WINTJEN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, LATANIA NICOLE YOUNG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GERALDINE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, CYNTHIA WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, GENELLE KIMBERLY WINSTON, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, TIFFANY YOUNG, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, ELAINE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, YEE HAN SZETO YU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, DOMINQUE WOODLY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, HARRIET WORRELL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

　　　　*Plaintiffs - Appellants*,

V.

CITY OF NEW YORK,

　　　　*Defendant - Appellee.*

---

**FOR PLAINTIFFS-APPELLANTS:**　　　　ROGER V. ARCHIBALD (Leonard W. Stewart, *on the brief*), Roger Victor Archibald, PLLC, Brooklyn, NY.

**FOR DEFENDANT-APPELLEE:**　　　　YASMIN ZAINULBHAI (Richard Dearing, *on the brief*), *for* Zachary W. Carter, Corporation Counsel of the City of New York, New York, NY.

Appeal from a May 1, 2018 judgment of the United States District Court for the Southern District of New York (William H. Pauley, III, *Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and hereby is **AFFIRMED**.

Plaintiffs-Appellants ("Plaintiffs") appeal from the District Court's grant of summary judgment for Defendant-Appellee City of New York ("City") in a class action alleging violations of the Equal Pay Act ("EPA"), the New York State Human Rights Law ("NYSHRL"), and the New York City Human Rights Law ("NYCHRL"). The Plaintiffs—predominantly female school crossing guards ("SCGs")—allege that, due to their sex, they are paid less than predominantly male Level II Traffic Enforcement Agents ("TEA IIs"). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

"We review a district court's decision granting summary judgment *de novo*, and will affirm only if the record, viewed in the light most favorable to the non-movant, shows no genuine dispute of material fact and demonstrates the movant's entitlement to judgment as a matter of law." *FIH, LLC v. Foundation Capital Partners LLC*, 920 F.3d 134, 140 (2d Cir. 2019) (internal quotation marks omitted).

We affirm for substantially the reasons set forth in the District Court's well-reasoned and thorough May 1, 2018 Opinion and Order. The SCG and TEA II jobs are not substantially equivalent, as TEA IIs must fulfill more requirements, undergo more training, perform more responsibilities, and labor under different and more hazardous working conditions. The Plaintiffs do not persuasively dispute these differences. Instead, they argue that the District Court erred by failing to circumscribe the scope of its comparison to times when TEA IIs are temporarily assigned to work at school-crossing guard posts. Not only do the Plaintiffs fail to cite any authority that would support narrowing the scope of the District Court's job function analysis, but they have also waived this argument by failing to present it below. *See In re Nortel Networks Corp. Sec. Litig.*, 539 F.3d 129, 132 (2d Cir. 2008) ("It is a well-established general rule that an appellate court will not consider an issue raised for the first time on appeal." (internal quotation marks and brackets omitted)). Further, the Plaintiffs have failed to offer any proof of discriminatory animus, since they do not allege— much less identify any evidence—that the pay rates achieved through collective bargaining were based on gender or that any facially neutral City employment practice had a discriminatory impact against women.

## CONCLUSION

We have reviewed all of the remaining arguments raised by the Plaintiffs on appeal and find them to be without merit. For the foregoing reasons, we **AFFIRM** the May 1, 2018 judgment of the District Court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court